# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**RICHARD SCOTT TUCKER**                                                       **PLAINTIFF**
**ADC #122704**

**V.**                      **NO: 2:09CV00151 BSM/HDY**

**CORRECTIONAL MEDICAL**
**SERVICES INC.** *et al.*                                                    **DEFENDANTS**

## ORDER

On January 7, 2010, United States Magistrate Judge H. David Young recommended denying plaintiff Richard Scott Tucker's motion for injunctive relief (docket entry #81). In his recommendation, Judge Young referenced defendants' responses to Tucker's motion. On January 20, 2010, Tucker filed a motion for copies, and for an extension of time to respond to Judge Young's recommendation (docket entry #89). On January 21, 2010, Plaintiff filed another motion for an extension of time to respond (docket entry #90).[1]

In his first motion for an extension, Tucker asserts that he never received defendants' responses to his motion for injunctive relief. Accordingly, the court will forward to Tucker copies of defendants' responses to his motion for injunctive relief, and grant him additional time to respond to Judge Young's recommendation. In light of Tucker's request for

---

[1]Judge Young has entered two different reports and recommendations (docket entries #81 & #84). Although plaintiff has failed to specify in his motions which recommendation he needs additional response time for, it appears from reading his motions that both motions refer to Judge Young's recommendation to deny his motion for injunctive relief, and the court will treat both motions accordingly.

additional time to respond, his motion to compel a ruling on his motion for injunctive relief (docket entry #86) is premature.

IT IS THEREFORE ORDERED THAT:

1. Tucker's motions for copies and for an extension of time to file a response to Judge Young's pending report and recommendation to deny his motion for injunctive relief (docket entries #89 & #90) are GRANTED.

2. The clerk is directed to send Tucker copies of defendants' responses (docket entries #68 & #69), to his motion for injunctive relief, along with a copy of the brief in support filed by defendants Correctional Medical Services, Inc., and Charlotte Green (docket entry #70).

3. Tucker is directed to file his response to Judge Young's recommendation to deny his motion for injunctive relief no later than February 22, 2010.

4. Tucker's motion to compel a ruling on his motion for injunctive relief (docket entry #86) is DENIED.

DATED this <u>22nd</u> day of January, 2010.

UNITED STATES DISTRICT JUDGE