# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

RICHARD SCOTT TUCKER                                                                  PLAINTIFF
ADC #122704

V.                              NO: 2:09CV00151 BSM/HDY

CORRECTIONAL MEDICAL
SERVICES INC. *et al.*                                                                DEFENDANTS

## ORDER

Plaintiff filed an amended complaint on January 7, 2010, and service was ordered. However, on February 17, 2010, the summons was returned unexecuted as to Defendant John O. Lytle (docket entry #105). Plaintiff has now complied with an order to provide an address at which Lytle may be served, and has provided a home and office address for Lytle (docket entry #127). Accordingly, service will be attempted at Lytle's home address at this time.

IT IS THEREFORE ORDERED THAT Service is appropriate on Defendant John O. Lytle. The Clerk of the Court is directed to prepare a summons for Lytle, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), brief in support (docket entry #3), amended complaints (docket entries #29, #78, #79), this order, and summons on Lytle, at the home address provided by Plaintiff, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this   5   day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE