# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

RICHARD SCOTT TUCKER                                                                            PLAINTIFF
ADC #122704

V.                              NO: 2:09CV00151 BSM/HDY

CORRECTIONAL MEDICAL
SERVICES INC. *et al.*                                                                         DEFENDANTS

## ORDER

The court has received the partial recommended disposition from Magistrate Judge H. David Young. After carefully considering the partial recommended disposition, the objections filed, and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's motion for injunctive relief (docket entry #37) is DENIED.

IT IS SO ORDERED this 15th day of March, 2010.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE