**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RICHARD SCOTT TUCKER                                                                          PLAINTIFF
ADC #122704

V.                                    NO: 2:09CV00151 BSM/HDY

CORRECTIONAL MEDICAL
SERVICES INC. *et al.*                                                                         DEFENDANTS

## **ORDER**

The court has received the partial recommended disposition from Magistrate Judge H. David Young. After carefully considering the partial recommended disposition, the filed objections, and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's motion for a protective order (docket entry #88) is DENIED.

IT IS SO ORDERED this 20th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE