**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RICHARD SCOTT TUCKER					PLAINTIFF
ADC #122704

V.				NO: 2:09CV00151 BSM/HDY

CORRECTIONAL MEDICAL
SERVICES INC. *et al.*					DEFENDANTS

## ORDER

In response to an order to provide the names of John and Jane Doe Defendants, Plaintiff has named Dr. Theodore Duensing and nurse Dianna Locklear (docket entries #143 # #157).

IT IS THEREFORE ORDERED THAT:

1.	The Clerk is directed to add Duensing and Locklear as Defendants.

2.	Service is appropriate on Duensing and Locklear. The Clerk of the Court is directed to prepare a summons for Duensing and Locklear, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), brief in support (docket entry #3), amended complaints (docket entries #29, #78, #79, #143 & #157), this order, and summons on them, without prepayment of fees and costs or security therefor.

DATED this __5__ day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE