IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD SCOTT TUCKER
ADC #122704                                                               PLAINTIFF

v.                    Case No. 2:09-cv-151 DPM-HDY

CORRECTIONAL MEDICAL SERVICES INC.,
WENDY KELLEY, CHARLOTTE GREEN,
RICHARD PLANT, DEBRA WEST,
TERESA KUNDERT, MICHAEL PFEIFFER,
ROLAND ANDERSON, JOHN LYTLE,
THEODORE DUENSING,
and DIANNA LOCKLEAR                                                       DEFENDANTS

ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommended Partial Disposition — to which Mr. Tucker objected, having been given more time to do so well after the initial 14-day deadline to object had passed, *Document Nos. 217, 250*. The Court has considered Tucker's objection and his motion for injunctive relief concerning the administration of certain medications, *Document Nos. 170-72*.

After *de novo* review, the Court adopts Magistrate Judge Young's Proposed Findings and Recommended Partial Disposition, *Document No. 193*. Tucker's motion

for a temporary restraining order and preliminary injunctive relief is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 August 2010


for a temporary restraining order and preliminary injunctive relief is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 August 2010