**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RICHARD SCOTT TUCKER                                                                          PLAINTIFF
ADC #122704

V.                                          NO: 2:09CV00151 DPM/HDY

CORRECTIONAL MEDICAL
SERVICES INC. *et al.*                                                                       DEFENDANTS

## ORDER

In response to a Court order, Plaintiff has provided service addresses for Defendants Theodore Duensing and Michael Pfeiffer (docket entry #273).

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants Theodore Duensing and Michael Pfeiffer, and the United States Marshal is directed to serve a copy of the complaint and amended complaints (docket entries #2, #3, #29, #78, #79, #143, & #157), this order, and summons, upon them, at the addresses provided by Plaintiff, without prepayment of fees and costs or security therefor.

DATED this   5   day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE