IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD SCOTT TUCKER
ADC #122704                                                                                  PLAINTIFF

v.                              Case No. 2:09-cv-151 DPM-HDY

CORRECTIONAL MEDICAL SERVICES INC.,
WENDY KELLEY, CHARLOTTE GREEN,
RICHARD PLANT, DEBRA WEST,
TERESA KUNDERT, MICHAEL PFEIFFER,
ROLAND ANDERSON, JOHN LYTLE,
THEODORE DUENSING,
and DIANNA LOCKLEAR                                                                  DEFENDANTS

ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommended Disposition—to which Mr. Tucker objected after being given more time to do so, *Document No. 244*. After *de novo* review, the Court adopts Magistrate Judge Young's Proposed Findings and Recommended Disposition, *Document No. 196*. Tucker's motion for class certification is denied, *Document No. 173*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 August 2010