IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD SCOTT TUCKER
ADC #122704                                                                                    PLAINTIFF

v.                        Case No. 2:09-cv-151-DPM-HDY

CORRECTIONAL MEDICAL SERVICES INC.,
WENDY KELLEY, CHARLOTTE GREEN,
RICHARD PLANT, DEBRA WEST,
TERESA KUNDERT, MICHAEL PFEIFFER,
ROLAND ANDERSON, JOHN LYTLE,
THEODORE DUENSING,
and DIANNA LOCKLEAR                                                                      DEFENDANTS

ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommended Partial Disposition, *Document No. 271*, related to Tucker's June 2010 emergency motion for a protective order, *Document No. 231*, that complains about alleged retaliatory conduct by prison staff. Tucker did not object to Magistrate Judge Young's report. The Court sees no error of law or clear error of fact on the face of the record. Fed. R. Civ. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts

Magistrate Judge Young's proposed findings and recommended partial disposition and denies Tucker's motion.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 August 2010