# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**RICHARD SCOTT TUCKER**
**ADC #122704**                                                    **PLAINTIFF**

**v.**                              **Case No. 2:09-cv-151–DPM-HDY**

**CORRECTIONAL MEDICAL SERVICES INC.,**
**WENDY KELLEY, CHARLOTTE GREEN,**
**RICHARD PLANT, DEBRA WEST,**
**TERESA KUNDERT, MICHAEL PFEIFFER,**
**ROLAND ANDERSON, JOHN LYTLE,**
**THEODORE DUENSING,**
**and DIANNA LOCKLEAR**                                 **DEFENDANTS**

## ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommended Disposition—to which Mr. Tucker filed an untimely objection.  Despite the late objection, the Court conducted a *de novo* review of Magistrate Judge Young's Proposed Findings and Recommended Disposition, *Document No. 238*.  The Court adopts Judge Young's findings and recommendation, grants Dr. John Lytle's motion to dismiss, *Document No. 204*, and dismisses the time-barred claim against him with prejudice, *Document No. 79.*

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_30 August 2010_