IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


RICHARD SCOTT TUCKER,
ADC # 122704                                                                     PLAINTIFF


v.                              Case No. 2:09-cv-151-DPM


CORRECTIONAL MEDICAL SERVICES,
INC., CHARLOTTE GREEN, RICHARD PLANT,
DEBRA WEST, TERESA KUNDERT,
ROLAND ANDERSON,THEODORE DUENSING
and DIANNA LOCKLEAR                                                  DEFENDANTS

JUDGMENT

Tucker's complaint and amended complaints, *Document Nos. 2, 29, 78,*

*79 &303,* are dismissed without prejudice as to all Defendants except John

Lytle. All claims against Lytle are dismissed with prejudice. This dismissal

counts as a "strike" under 28 U.S.C. § 1915 (g). The Court certifies that an *in*

*forma pauperis* appeal from this Judgment and the accompanying Order would

not be taken in good faith. 28 U.S.C. § 1915 (a)(3).


_____
D.P. Marshall Jr.
United States District Judge


_____
22 June 2011